Empire Blue Cross and Blue Shield
Grievances and Appeals
P.O. Box 1407, Church Street Station
New York, NY 10008-1407



April 08, 2023

CYNTHIA C SONNEMANN
1323 CADENCE CT
BRANDON, FL 33511

**More Details**

Member ID
169W11366

Case Number
APP-COMM-1578791

Date Request Received
04/03/2023

Type of Contract
EPO

### Final Adverse Determination

Confidential Health Plan Information for:
CYNTHIA C SONNEMANN

---

### Important information regarding your appeal.

Denial reason : not medically necessary
Developer/Manufacturer of Service:  n/a

Dear CYNTHIA C SONNEMANN,

We've reviewed your first level appeal. We've gone over everything and have decided to keep our previous coverage decision. Here's a detailed explanation.

### Your appeal
You filed an appeal for full hospital admission to TAMPA GENERAL HOSPITAL on January 16, 2023 to January 17, 2023 after your neck surgery, previously denied for medical necessity. We understand an appeal was requested because you feel this service was medically necessary.

### Our decision
The services remain denied because they are considered not medically necessary.

We have re-reviewed your specific circumstances and health condition as documented in the appeal and clinical information provided to us by your treating physician. The reviewer is a health plan Medical Director, an MD who is board certified and specializes in General Surgery. It's their recommendation that we keep our previous coverage decision. Here's why:

> We still cannot approve coverage for a full hospital admission. We understand that your doctor wanted a full hospital admission after your neck surgery (called neck dissection). The plan clinical

Services provided by Empire HealthChoice HMO, Inc. and/or Empire HealthChoice Assurance, Inc. licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans. AUMSI UM Services, Inc. is a separate company providing utilization review services on behalf of Empire Blue Cross and Blue Shield.

MemberClinicalDenial1stLvl_NY

**EXHIBIT "B"**

criteria consider a full hospital admission medically necessary when more surgery is needed or there are severe problems. These might include fever, bleeding, or pain. The information we have does not show you had these or other severe problems. For this reason, the request for full admission is denied as not medically necessary. It may help your doctor to know that we reviewed this request using the MCG guideline called Neck Dissection (ORG: S-1000).

Please refer to the Exclusions and Limitations section of your SEQUOIA ONE PEO, LLC SUMMARY PLAN DESCRIPTION for help with defining services that are considered not medically necessary.

You can find our Medical Policies/clinical criteria online. Visit https://www.empireblue.com/provider/policies/clinical-guidelines/ enter the medical policy/clinical guideline number (shown in parentheses above) into the first search box, select and view the information. Note: MCG Guidelines may only be accessed by calling Utilization Management at 1-800-982-8089.

Your Explanation of Benefits (EOB) has details about your claim. If you don't have a copy of your EOB, you can get one by calling Member Services at the phone number on your ID card. You can also call Member Services or visit www.anthem.com for details about your EOB or claim.

TAMPA GENERAL HOSPITAL is in your plan, so you shouldn't have to pay for the services in question. You'll only have to pay if you are told that your health plan won't cover them and you sign a service-specific agreement before getting the services. Those agreements usually include a description of the services, the date and cost, and a statement that you agree to pay for them.

**What's next?**

This decision means this service isn't covered by your health plan. It doesn't mean that you should stop getting medical care. Only you and your doctor can decide what's best for you.

This is our final adverse determination. If you don't agree with it, there's more you can do. For example, you can ask for an external appeal. **It's important for you to know that you have four months from the date of this letters to ask for this review. If you don't, you'll lose this right. We've included more information about your rights with this letter.** If you have any question about our decision or your rights, please call us at 1-800-626-3643 or the member services number on your ID card.

Sincerely,

Mayra F.
Grievances and Appeals Analyst
Grievances and Appeals
Empire Blue Cross Blue Shield

Grievance and Appeals Department
Anthem UM Services, Inc.
P.O. Box 1407, Church Street Station
New York NY 10008-1407
1-800-634-5605

Enclosure:
Your member rights
New York State External Appeal Instructions and Application

cc: THOMAS MCCAFFREY, TAMPA GENERAL HOSPITAL

| Claim Number | Provider/Facility | Service From Date | Service To Date | Claim Amount |
|---|---|---|---|---|
| 2023023MA0505 | FLORIDA HEALTH SCIENCES C | 01/16/23 | 01/17/23 | $59,067.81 |