Empire HealthChoice Assurance, Inc          X
PO BOX 1407
NEW YORK, NY 10008-1407


Empire
BlueCross BlueShield

Don't worry, this is not a bill.

Hi Cynthia - Here's your
## Health Care Summary
January 30, 2023.

Also called an Explanation of Benefits (EOB), it shows you the care you received and who paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

**Need help in a different language? Call us.**
¿Necesita ayuda en español? Llámenos.
1-833-604-1473

#WGENYE010000#
CYNTHIA C SONNEMANN
1323 CADENCE CT
BRANDON FL 33511-6353

052577



### Helpful resources



Use **Sydney Health**, the Empire member mobile app, or empireblue.com to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app.



**Call**
1-833-604-1473  TTY/TDD: 711
Mon-Fri, 8:30 a.m. - 5 p.m.

## NOTICE OF DENIAL OF MEDICAL COVERAGE

### Claims summary

| | |
|---|---:|
| Doctor/facility charges: | $59,393.02 |
| Your discounts: | -1,700.03 |
| Due to your doctor/facility (max allowed): | $57,692.99 |
| Empire paid: | -278.54 |

**What you pay :   $57,414.45**

### Preventive care reminders

**For CYNTHIA**
☐ Diabetes check

* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

### Tips and tools

**COVID-19 Resource Center**
Your health plan is here for you. Go to empireblue.com/coronavirus for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the **Sydney Health** mobile app or empireblue.com to find an urgent care close by.

Services provided by Empire HealthChoice HMO, Inc. and/or Empire HealthChoice Assurance, Inc. licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans.

**EXHIBIT "C"**

65789MUMENMUB 5/20                                                                 Page 1 of 9

# 2022 year-to-date summary

**Mark R Sonnemann**     Member ID: 169W11366     Plan type: EPO
Group ID: 7213520KQM - SEQUOIA ONE PEO, LLC

| Plan deductible | In-network deductible | Applied to date | Remaining deductible |
|---|---|---|---|
| Individual<br>Cynthia C Sonnemann | $1,000.00 | -$1,000.00 | $0.00 |
| Family | $2,000.00 | -$2,000.00 | $0.00 |

| Out-of-pocket (OOP) maximum | In-network OOP max | Applied to date | Remaining OOP max |
|---|---|---|---|
| Individual<br>Cynthia C Sonnemann | $3,000.00 | -$3,000.00 | $0.00 |
| Family | $6,000.00 | -$5,487.87 | $512.13 |

**Copay** is the flat-dollar amount you pay for health care, such as doctor visits.

**Deductible** is the amount you pay for health care before we start sharing the cost.

**Out-of-pocket maximum** is the most you'll pay for covered health care in your plan year. After that, we'll pay for all your covered health care.

Need more information? Go to **empireblue.com/glossary**.

You may have other health care services that aren't showing here. Use our **Sydney Health** mobile app to see the latest information.

*052577060200*

## 2023 year-to-date summary

| Plan deductible | In-network deductible | Applied to date | Remaining deductible |
|---|---|---|---|
| Individual<br>Cynthia C Sonnemann | $1,000.00 | -$1,000.00 | $0.00 |
| Family | $2,000.00 | -$1,000.00 | $1,000.00 |

| Out-of-pocket (OOP) maximum | In-network OOP max | Applied to date | Remaining OOP max |
|---|---|---|---|
| Individual<br>Cynthia C Sonnemann | $3,000.00 | -$1,151.24 | $1,848.76 |
| Family | $6,000.00 | -$1,161.24 | $4,838.76 |

**Copay** is the flat-dollar amount you pay for health care, such as doctor visits.

**Deductible** is the amount you pay for health care before we start sharing the cost.

**Out-of-pocket maximum** is the most you'll pay for covered health care in your plan year. After that, we'll pay for all your covered health care.

Need more information? Go to **empireblue.com/glossary**.

You may have other health care services that aren't showing here. Use our **Sydney Health** mobile app to see the latest information.

## Claims Details

Are you concerned about healthcare fraud?
Learn more at **fighthealthcarefraud.com**

**Cynthia Sonnemann**   Claim Number: 2023018M24949   Received: 01/18/23   Hospital: UNIVERSITY MEDICAL SERVIC (In your plan)

Going to this hospital uses in-network benefits. That's your best value.

You pay $0.00.
Here's how it breaks down.

| Service date | Service | Reason code | Hospital charges | Your discounts | Due to your hospital (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | Your total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 01/17/23 | Post-Op Follow-Up | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =0.00 |
| **Totals:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =$0.00 |

**Cynthia Sonnemann**   Claim Number: 2023023MA0505   Received: 01/23/23   Hospital: FLORIDA HEALTH SCIENCES C (In your plan)

Going to this hospital uses in-network benefits. That's your best value.

You pay $57,414.45.
Here's how it breaks down.

| Service date | Service | Reason code* | Hospital charges | Your discounts | Due to your hospital (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | Your total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 01/16/23 | Drugs-General | 006 | 2,274.00 | 0.00 | 2,274.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,274.00 | =2,274.00 |
| 01/16/23 | Observation Room | 006 | 4,031.00 | 0.00 | 4,031.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,031.00 | =4,031.00 |
| 01/16/23 | Drugs Iv Solutions | 006 | 616.00 | 0.00 | 616.00 | 0.00 | 0.00 | 0.00 | 0.00 | 616.00 | =616.00 |
| 01/16/23 | Drugs | 006 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | =21.00 |
| 01/16/23 | Supplies-Non-Sterile | 006 | 209.89 | 0.00 | 209.89 | 0.00 | 0.00 | 0.00 | 0.00 | 209.89 | =209.89 |
| 01/16/23 | Supplies-Sterile | 006 | 1,159.92 | 0.00 | 1,159.92 | 0.00 | 0.00 | 0.00 | 0.00 | 1,159.92 | =1,159.92 |
| 01/16/23 | Laboratory | 066 | 290.00 | 159.50 | 130.50 | 0.00 | 0.00 | 130.50 | 0.00 | 0.00 | =130.50 |
| 01/16/23 | Pathology | 066 | 2,406.00 | 1,323.30 | 1,082.70 | 170.56 | 0.00 | 869.50 | 42.64 | 0.00 | =912.14 |
| 01/16/23 | Operating Room Serv | 006 | 27,016.00 | 0.00 | 27,016.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,016.00 | =27,016.00 |

*052577060300*

## Claims Details

Are you concerned about healthcare fraud?
Learn more at **fighthealthcarefraud.com**

| Service date | Service | Reason code* | Hospital charges | Your discounts | Due to your hospital (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | Your total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 01/16/23 | Anesthesia | 006 | 14,070.00 | 0.00 | 14,070.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,070.00 | =14,070.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 207.00 | 0.00 | 207.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.00 | =207.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | =30.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 52.00 | 0.00 | 52.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.00 | =52.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 58.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | =58.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 361.00 | 0.00 | 361.00 | 0.00 | 0.00 | 0.00 | 0.00 | 361.00 | =361.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 131.00 | 0.00 | 131.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131.00 | =131.00 |
| 01/16/23 - 01/17/23 | Drugs | 006 | 22.00 | 0.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 | =22.00 |
| 01/16/23 - 01/17/23 | Recovery Room | 006 | 4,256.00 | 0.00 | 4,256.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,256.00 | =4,256.00 |
| 01/17/23 | Drugs Iv Solutions | 006 | 548.00 | 0.00 | 548.00 | 0.00 | 0.00 | 0.00 | 0.00 | 548.00 | =548.00 |
| 01/17/23 | Drugs | 006 | 79.00 | 0.00 | 79.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79.00 | =79.00 |
| 01/17/23 | Drugs-General | 006 | 1,230.00 | 0.00 | 1,230.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,230.00 | =1,230.00 |
| **Totals:** | | | 59,067.81 | 1,482.80 | 57,585.01 | 170.56 | 0.00 | 1,000.00 | 42.64 | 56,371.81 | =$57,414.45 |

Claims Details

Are you concerned about healthcare fraud?
Learn more at **fighthealthcarefraud.com**

*006: Your plan doesn't cover this care. It doesn't meet clinical guidelines for being medically necessary. You can find what's covered in your plan documents or on our website. You have the right to appeal. You may want to start by talking this over with your doctor. Refer to your plan of coverage booklet for details regarding plan definitions/exclusions/limitations (what is not covered). A medical policy or guideline was used in making this decision and you are entitled to receive, upon request and free of charge, a copy of that medical policy or guideline.

*066: You don't pay the "Your discount" amount. This is the benefit to using doctors/facilities in one of our plans.

**Cynthia Sonnemann**   **Claim Number:** 2023026MS7792   **Received:** 01/26/23   **Lab:** QUEST DIAGNOSTICS CLINICA (In your plan)

Going to this lab uses in-network benefits. That's your best value.

You pay $0.00.
Here's how it breaks down.

| Service date | Service | Reason code* | Lab charges | Your discounts | Due to your lab (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | Your total cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 12/04/22 | Laboratory | 066 | 290.21 | 182.23 | 107.98 | 107.98 | 0.00 | 0.00 | 0.00 | 0.00 | =0.00 |
| **Totals:** | | | 290.21 | 182.23 | 107.98 | 107.98 | 0.00 | 0.00 | 0.00 | 0.00 | =$0.00 |

*066: You don't pay the "Your discount" amount. This is the benefit to using doctors/facilities in one of our plans.

*052577060400*

## Claims Details

Are you concerned about healthcare fraud?
Learn more at **fighthealthcarefraud.com**

**Cynthia Sonnemann**   **Claim Number:** 2023026MY8900   **Received:** 01/27/23   **Hospital:** RUFFOLO HOOPER ASSOCS M (In your plan)

Going to this hospital uses in-network benefits. That's your best value.

You pay $0.00.
Here's how it breaks down.

Your total cost

| Service date | Service | Reason code* | Hospital charges | Your discounts | Due to your hospital (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 01/16/23 | Laboratory | 066 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =0.00 |
| **Totals:** | | | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =$0.00 |

*066: You don't pay the "Your discount" amount. This is the benefit to using doctors/facilities in one of our plans.

**Cynthia Sonnemann**   **Claim Number:** 2023027MO8064   **Received:** 01/27/23   **Doctor:** UNIVERSITY MEDICAL SERVIC (In your plan)

Going to this doctor uses in-network benefits. That's your best value.

You pay $0.00.
Here's how it breaks down.

Your total cost

| Service date | Service | Reason code | Doctor charges | Your discounts | Due to your doctor (max allowed) | Empire paid | Copay | Deductible | Your share of the cost (coinsurance) | Services not covered | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | − | = | − | + | + | + | + | |
| 01/25/23 | Patient History | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =0.00 |
| 01/25/23 | Post-Op Follow-Up | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =0.00 |
| **Totals:** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | =$0.00 |

## Your appeal and grievance rights.

**What if I need help understanding a denial?**
Contact us at **the Member Services phone number on your ID card.** We'll explain this notice and why we denied a service or coverage.

**What if I don't agree with this decision?**
Depending on why we denied an item or service, we may handle your request as an appeal or grievance.

**What is the difference between an appeal and a grievance?**

- o  Your request will be handled as an appeal if an item or service is denied because it isn't medically necessary or is investigational. For these types of denials, we'll send you a letter giving you details about the denial as well as more information about your appeal rights.
- o  Your request will be handled as a grievance if an item or service is denied based on terms of your contract.

You must ask for an appeal or grievance within 180 calendar days from the date you were told of our decision.

Don't worry if you don't know if your request is an appeal or a grievance. We'll decide and make sure your request is handled the right way.

**How do I file an appeal or grievance?**
You may request an appeal or grievance in writing or by phone.

**Grievances and Appeals
P.O. Box 1407
Church Street Station
New York, NY 10008-1407**

Call Member Services at the phone number on your ID card.

**What if my situation is urgent?**
You will need to request an expedited appeal or grievance. If it's urgent, your review will generally be done in two business days of receiving all information necessary to make a decision for an expedited appeal or within 48 hours of receiving all information necessary to make a decision for an expedited grievance (but not later than 72 hours).

An expedited appeal is available if:
- o  Your life, health or ability to regain maximum function is in jeopardy (danger); or
- o  In your doctor's opinion, your pain can't be controlled while you wait for a standard appeal or grievance review.

We will handle an appeal request as expedited if:
- o  You are receiving continued or extended health care services; or
- o  You are receiving additional services rendered in the course of continued treatment; or
- o  You are receiving home health care services following an inpatient hospital admission; or
- o  Your doctor feels an urgent review is necessary (except when post-service).

An expedited grievance is available if:
- o  Your life, health or ability to regain maximum function is in jeopardy (danger); or
- o  In your doctor's opinion, your pain can't be controlled while you wait for a standard appeal or grievance review.

You may request an expedited external appeal with the Department of Financial Services (DFS) instead of, or at the same time as, requesting an expedited appeal with us. We aren't involved in the review. An independent external appeal agent arranged by the DFS will review the request. If you have any questions, or to learn more, please contact the DFS at 800-400-8882 (toll-free) or by email at externalappealquestions@dfs.ny.gov.

An expedited appeal, expedited grievance, or expedited external appeal isn't available for services you've already had.

**Who may file an appeal or grievance?**
You or someone you name to act for you (your

Page 8 of 9

*052577060500*

## Your appeal and grievance rights.

authorized representative) may appeal or submit a grievance. Please provide a signed document that includes:
- Member name
- Address
- Birth date
- Daytime phone number
- ID number
- Date of service and/or appeal issue
- Specific consent to appeal
- Provider name, address and phone number.

Send the document to the Grievances and Appeals Department at the address listed.

**Can I provide additional information about my claim?**
Yes, you can send more information. Send it to the Grievances and Appeals address listed.

**Can I request copies of information about my claim?**
Yes, you may request copies free of charge. If you think a coding error may have caused a denial, you have the right to have billing and diagnosis codes sent to you too. You can request this information by calling **the Member Services phone number on your ID card.**

**What happens next?**
If we handle your request as an appeal, we'll do a review and give you a written decision within 30 calendar days from the date we get your request and all information needed to make a decision. If we still issue a denial, you may be able to request an external appeal with the Department of Financial Services (DFS).

If we handle your request as a grievance, we'll give you a written decision within 30 calendar days from the date we get your request.

If your health plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), once you have used all your mandatory appeal rights, then you have one year from our appeal decision to bring an action in federal court under section 502(a)(1)(B) of ERISA.

**Other resources to help you:**
For questions about this notice, your rights or for help, contact:

- Employee Benefits Security Administration at **866-444-EBSA (3272).**

You may contact the New York Consumer Assistance Program to ask for help at any time:

Community Service Society of New York

Community Health Advocates
105 East 22nd Street, 8th Floor
New York, NY 10010
1-888-614-5400 (toll-free phone)
http://www.communityhealthadvocates.org

Failure to comply with such requirements may lead to forfeiture of a consumer's right to challenge a denial or rejection, even when a request for clarification has been made.