
**iMEDECS**
Medical Expert Consulting Services
*Now part of Kepro*

May 30, 2023

Cynthia Sonnemann
1323 Cadence Court
Brandon, FL 33511

RE: IMR/Cynthia Sonnemann
State ID#: 202305-162333
Case #: CRS03094-23
Health Plan: Empire Health Choice/Wellpoint
Denied Health Service or Treatment: inpatient stay (1/16/2023-1/17/2023)
Denial Reason: Medical Necessity

Dear Cynthia Sonnemann:

Attached please find the expert reviewer report for your requested external appeal review pursuant to the New York Public Health Law, Article 49. IMEDECS attests that no prohibited material affiliation existed with respect to the clinical peer reviewer(s).

**The reviewer has decided to uphold the health plan's decision.**

## Summary of Expert's Qualifications

**Reviewer #S231**
Is a medical doctor (MD) board certified in otolaryngology with an active practice treating adults and children. Serves as assistant professor, attending physician, director of education, assistance residency director at a school of medicine and affiliated medical centers and childrens hospital. Is active in professional societies such as but not limited to: American Academy of Facial Plastic and Reconstructive Surgery and American Academy of Otolaryngology/Head and Neck Surgery. Lectures by invitation.

If you have any questions, please contact your health plan, Empire Health Choice/Wellpoint. A copy of this information has also been sent to them.

Sincerely,

*[signature]*

Theresa Strassner, RN, BSN, MHA
Senior Case Review Manager

ZD

Cc: Janice Kelly / Empire Health Choice/Wellpoint
    Thony Pierre / NYSDFS

**EXHIBIT "D"**

IMEDECS • 777 East Park Drive • Harrisburg, PA 17111 • 215.855.IMED (4633) • www.kepro.com

Case Number: CRS03094-23
Patient Name: Cynthia Sonnemann
Reviewer Number: S231
Page 1 of 1

*Summary:*

The patient is a 46-year-old female with a history of metastatic papillary thyroid cancer of the neck. Because of lymph node involvement, the patient required additional surgical treatment.

The patient was admitted on January 16, 2023, and was discharged on January 17, 2023, following a neck dissection of the right neck for levels 2 and 3.

At issue is the medical necessity for the inpatient stay.

*Question(s):*

1. *Did the health plan, in its determination of medical necessity, act reasonably, with sound medical judgment and in the best interest of the patient?*

The health plan, in its determination of medical necessity, did act reasonably, with sound medical judgment and in the best interest of the patient.

2. *Is the requested health service/treatment of inpatient stay medically necessary for this patient?*

The inpatient stay is not medically necessary for this patient. During the hospitalization, the patient received intravenous (IV) antibiotics and drain monitoring. According to Milliman Care Guidelines (MCG) Guidelines which outline the medical necessity for hospital admission, the patient did not meet criteria. There were no high-risk perioperative factors, extensive tumor removal, post operative events or other complications.

3. *Do you uphold or overturn, in whole or in part, the health plan's determination of medical necessity?*

The health plan's determination of medical necessity is upheld in whole.

*Reference(s):*

1) Inpatient and Surgical Care, https://www.mcg.com/care-guidelines/inpatient-surgical-care/.

2) Tracy JC, Spiro JD. Short Hospital Stay Following Neck Dissection. Arch Otolaryngol Head Neck Surg. 2010;136(8):773–776. doi:10.1001/archoto.2010.122.

3) Sturgeon C, Yang A, Elaraj D. Surgical Management of Lymph Node Compartments in Papillary Thyroid Cancer. Surg Oncol Clin N Am. 2016 Jan;25(1):17-40. doi: 10.1016/j.soc.2015.08.013. PMID: 26610772.

4) MCG Health Inpatient & Surgical Care, 26th Edition. Neck Dissection ORG: S-1000 (ISC).